ORDER ON MOTION FOR REHEARING EN BANC
A judge of this court requested that this cause be considered en banc in accordance with Florida Rule of Appellate Procedure 9.381(d). All judges in regular active service have voted on this request. Less than a majority of those judges voted in favor of rehearing en banc. Accordingly, the request for rehearing en banc is denied.
LEWIS, C.J., WOLF, ROBERTS, CLARK, WETHERELL, ROWE, MARSTILLER, RAY, and OSTERHAUS, JJ., concur.
BENTON, VAN NORTWICK, and PADOVANO, JJ., dissent.
MAKAR, J., dissents in an opinion in which THOMAS, J., joins.
SWANSON, J., dissents with opinion.